| AO 10<br>Rev. 1/2013 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2012 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Nathan, Alison J. | U.S. District Court, Southern District of New York | 10/16/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Active Status | ☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>5b. ☑ Amended Report | 01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

U.S. Courthouse
40 Foley Square
New York, NY 10007

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nathan, Alison J. | 10/16/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2012 | salary -- ▮▮▮▮▮▮ |
| 2. 2012 | self-employed consultant -- United Nations; World Bank |
| 3. 2012 | book royalties -- West Publishing |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nathan, Alison J. | 10/16/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Joint gift from Susan Davies, Danielle Gray, Michael Gottlieb, Jonathan Kravis, Trevor Morrison | Judicial robe as investiture gift | $450.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Sallie Mae | Student Loants | K |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nathan, Alison J. | 10/16/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. American Century Diversified Bond Fund, ADFX | A | Dividend | J | T | Buy | 6/4/12 | J | | |
| 2. | | | | | Sold (part) | 7/26/12 | J | A | |
| 3. | | | | | Buy (add'l) | 12/10/12 | J | | |
| 4. American Centruy Short, APOIX | A | Dividend | J | T | Buy | 12/10/12 | J | | |
| 5. Arbitrage Funds CL I, ARBNX | A | Dividend | J | T | Buy | 12/10/12 | J | | |
| 6. Blackrock Global Allocation, MDLOX (X) | A | Dividend | | | Sold (part) | 7/25/12 | J | A | |
| 7. | | | | | Sold (part) | 6/4/12 | J | A | |
| 8. | | | | | Sold (part) | 6/4/12 | J | A | |
| 9. | | | | | Sold (part) | 7/26/12 | J | A | |
| 10. | | | | | Sold | 9/17/12 | J | A | |
| 11. BlackRock Latin America, MALTX (X) | A | Dividend | J | T | Sold (part) | 6/4/12 | J | A | |
| 12. Delaware Select Growth, VAGGX | A | Dividend | J | T | Buy | 7/26/12 | J | | |
| 13. | | | | | Buy (add'l) | 9/17/12 | J | | |
| 14. Dreyfus Appreciation DGAGX | A | Dividend | J | T | Buy | 9/17/12 | J | | |
| 15. | | | | | Sold (part) | 6/4/12 | J | A | |
| 16. | | | | | Sold (part) | 4/12/12 | J | A | |
| 17. Dreyfus IntL Stock, DISRX (X) | A | Dividend | | | Sold | 6/4/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nathan, Alison J. | 10/16/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Eaton Vance Floating, EIFAX | A | Dividend | J | T | Buy | 12/10/12 | J | | |
| 19. | | | | | Sold (part) | 4/12/12 | J | A | |
| 20. Eaton Vance Tax Adv Bond, EIBSX (X) | A | Dividend | J | T | | | | | |
| 21. FBR Balanced Fund, AFBA | A | Dividend | | | Buy | 7/26/12 | J | | |
| 22. | | | | | Buy (add'l) | 9/17/12 | J | | |
| 23. | | | | | Sold | 11/12/12 | J | A | |
| 24. Fidelity Advantage Floating, FFRIX | A | Dividend | J | T | Sold (part) | 12/10/12 | J | A | |
| 25. | | | | | Buy | 6/4/12 | J | | |
| 26. Henessy Equity Fund, HEIFX (X) | A | Dividend | | | Sold | 11/13/12 | J | A | |
| 27. Invesco Balanced Risk, ABRYX | A | Dividend | J | T | Buy | 12/10/12 | J | | |
| 28. Ivy Global Natural Resources, IGNAX | A | Dividend | | | Sold (part) | 6/1/12 | J | A | |
| 29. | | | | | Sold | 7/26/12 | J | A | |
| 30. Janus Short Term Bond, JSHIX | A | Dividend | J | T | Buy | 4/12/12 | J | | |
| 31. | | | | | Buy (add'l) | 5/29/12 | J | | |
| 32. | | | | | Buy (add'l) | 6/4/12 | J | | |
| 33. | | | | | Sold (part) | 7/26/12 | J | A | |
| 34. | | | | | Sold (part) | 9/17/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nathan, Alison J. | 10/16/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold (part) | 12/10/12 | J | A | |
| 36. Loomis Sayles Core Plus, NERYX | A | Dividend | J | T | Buy | 12/10/12 | J | | |
| 37. Loomis Sayles Invt Grade, LSIIX (X) | A | Dividend | J | T | Sold (part) | 4/12/12 | J | A | |
| 38. Lord Abbott Short, LDLFX | A | Dividend | K | T | Buy | 6/4/12 | J | | |
| 39. | | | | | Sold (part) | 7/25/12 | J | A | |
| 40. Mainstay High Yield, MYHIX (X) | A | Dividend | J | T | Sold (part) | 12/7/12 | J | A | |
| 41. Mainstay Large CAP Growth (X) | A | Dividend | | | Sold (part) | 6/4/12 | J | A | |
| 42. | | | | | Sold (part) | 7/26/12 | J | A | |
| 43. | | | | | Sold | 8/15/12 | J | A | |
| 44. Mainstay Marketfield, MFLDX | A | Dividend | J | T | Buy | 7/26/12 | J | | |
| 45. | | | | | Buy (add'l) | 9/17/12 | J | | |
| 46. | | | | | Buy (add'l) | 12/10/12 | J | | |
| 47. MFS Emerging Markets, MEDIX (X) | A | Dividend | J | T | | | | | |
| 48. MFS Munii Limited, MTLIX (X) | A | Dividend | J | T | Buy (add'l) | 7/26/12 | J | | |
| 49. | | | | | Sold (part) | 9/20/12 | J | A | |
| 50. MFS Utilities FD CL 1, MMUIX (X) | A | Dividend | J | T | | | | | |
| 51. Neuberger Berman Equity, NBHIX (X) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nathan, Alison J. | 10/16/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Neuberger Berman Strategy, NSTLX | A | Dividend | J | T | Buy | 12/10/12 | J | | |
| 53. Nuveen Global, FGIYX (X) | A | Dividend | J | T | Sold (part) | 6/4/12 | J | A | |
| 54. Oppenheimer Gold OGMYX (X) | A | Dividend | J | T | Sold (part) | 9/17/12 | J | A | |
| 55. | | | | | Buy (add'l) | 12/10/12 | J | | |
| 56. Pimco All Asset All Authority, PAUPX | A | Dividend | J | T | Buy | 6/4/12 | J | | |
| 57. | | | | | Buy (add'l) | 12/7/12 | J | | |
| 58. | | | | | Buy (add'l) | 12/7/12 | J | | |
| 59. Pimco Global Multi, PGAPX (X) | A | Dividend | J | T | | | | | |
| 60. Powershares DYN Oil and Gas, PXJ | A | Dividend | J | T | Buy | 7/30/12 | J | | |
| 61. Robeco BP Long Short, BPLSX (X) | A | Dividend | J | T | Buy | 9/21/12 | J | | |
| 62. | | | | | Sold (part) | 6/4/12 | J | A | |
| 63. RS Floating Rate Fund, RSFYX | A | Dividend | J | T | Buy | 12/7/12 | J | | |
| 64. RS Global Natural, RSNYX | A | Dividend | J | T | Buy | 7/26/12 | J | | |
| 65. Sunamerica Alternative, SUNWX (X) | A | Dividend | | | Sold | 12/10/12 | J | A | |
| 66. Sunamerica Focused, FDSAX (X) | A | Dividend | J | T | | | | | |
| 67. Templeton Glbl Bond Fund, TGBAX (X) | A | Dividend | K | T | Sold (part) | 9/7/12 | J | A | |
| 68. The Merger Fund, MERFX (X) | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nathan, Alison J. | 10/16/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Virtus Permium Alpha, VAPIX | A | Dividend | J | T | Buy (add'l) | 9/17/12 | J | | |
| 70. | | | | | Buy | 4/12/12 | J | | |
| 71. Yacktman Fund CL Service, YACKX (X) | A | Dividend | J | T | | | | | |
| 72. Apple Inc Stock, AAPL | A | Dividend | J | T | | | | | |
| 73. Powershares Water Resources FD, PHO (X) | A | Dividend | | | Sold | 1/20/12 | J | A | |
| 74. Emigrant Direct Savings Account | A | Interest | K | T | | | | | |
| 75. Bank of America Checking Account | A | Interest | K | T | | | | | |
| 76. Chase Checking Account | A | Interest | J | T | | | | | |
| 77. TD Ameritrade Cash Account | A | Interest | K | T | | | | | |
| 78. Vanguard FTSE Social Index | C | Dividend | N | T | Buy | 3/31/12 | J | | |
| 79. | | | | | Buy (add'l) | 6/30/12 | J | | |
| 80. Vanguard Target Retirement 2040 | A | Dividend | K | T | Buy | 6/30/12 | J | | |
| 81. | | | | | Buy (add'l) | 9/30/12 | J | | |
| 82. | | | | | Buy (add'l) | 12/31/12 | J | | |
| 83. PPDI Stock (Y) | | | | | | | | | |
| 84. PHO Stock (Y) | | | | | | | | | |
| 85. Fidelity Ginnie Mae Fund (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nathan, Alison J. | 10/16/2013 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Fidelity Latin America Fund (Y) | | | | | | | | | |
| 87. Fidelity New Market (Y) | | | | | | | | | |
| 88. Fidelity Select Consumer Staples (Y) | | | | | | | | | |
| 89. Fidelity Select Gold (Y) | | | | | | | | | |
| 90. Fidelity Select Materials (Y) | | | | | | | | | |
| 91. Fidelity Select Medical Equipment and Systems (Y) | | | | | | | | | |
| 92. Fidelity Money Market (Y) | | | | | | | | | |
| 93. Fidelity Select Natural Resources (Y) | | | | | | | | | |
| 94. Fidelity Short TErm Bond Fund (Y) | | | | | | | | | |
| 95. Fidelity Small Cap Discovery Fund (Y) | | | | | | | | | |
| 96. Fidelity Total Bond Fund (Y) | | | | | | | | | |
| 97. Marshall Prime Money Market (Y) | | | | | | | | | |
| 98. PIMCO Total Return Fund (Y) | | | | | | | | | |
| 99. Loomis Sayles Global Bond Fund (Y) | | | | | | | | | |
| 100. Oakmark Equity and Income Fund (Y) | | | | | | | | | |
| 101. Easton Vance Large Value Fund (Y) | | | | | | | | | |
| 102. Acadian Emerging Market Fund (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nathan, Alison J. | 10/16/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Alison J. Nathan**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544